**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

BRENDA J. T.,

    Plaintiff,

v.   No. 2:25-cv-00976-KRS

FRANK BISIGNANO,
Commissioner of Social Security Administration,

    Defendant.

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court *sua sponte*. On October 7, 2025, Plaintiff Brenda J. T. ("Plaintiff") filed a complaint against Defendant Social Security Administration ("Defendant"). (Doc. 1). That same day, the Court ordered Defendant to file an answer on or before December 6, 2025. (Doc. 3). On November 20, 2025, the parties consented to proceed to the undersigned as the trial judge. (Doc. 7). On December 6, 2025, Defendant filed the certified administrative record. (Doc. 8). Thus, Plaintiff's Motion to Reverse or Remand Administrative Agency Decision ("Motion to Remand") was due no later than January 5, 2026. *See* (Doc. 3) (briefing schedule). Plaintiff has neither filed a Motion to Remand nor requested an extension of time to do so. A district court has inherent power to dismiss a case *sua sponte* for failure to prosecute or for failure to comply with a court order. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-31 (1962); *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003).

IT IS THEREFORE ORDERED that **on or before February 4, 2026**, Plaintiff shall either file a Motion to Reverse or Remand Administrative Agency Decision with a supporting memorandum of law, or file a response to this Order showing good cause why this case should not be dismissed without prejudice for failure to prosecute.

                                                */s/ Kevin Sweazea*
                                                KEVIN R. SWEAZEA
                                                UNITED STATES MAGISTRATE JUDGE