IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRENDA J. T.,

    Plaintiff,

v.                                                                                                                                        No. 2:25-cv-00976-KRS

FRANK BISIGNANO,
Commissioner of Social Security Administration,

    Defendant.

**ORDER QUASHING ORDER TO SHOW CAUSE
TO FILE MOTION TO REVERSE AND REMAND TO THE AGENCY**

THIS MATTER is before the Court before the Court upon review of the record. On January 21, 2026, in response to the Court's Order to Show Cause, (Doc. 9), Plaintiff filed a response. (Doc. 10). In the response, Plaintiff explained that her counsel's law firm experienced a technical issue on December 6, 2025, which resulted in the non-delivery of Social Security Administration Transcript that was e-filed and served that same day. (Doc. 10) at 1-2. Contemporaneously, Plaintiff filed an Unopposed Motion for Extension of Time to File Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 11). Plaintiff represented that Defendant concurred in the granting of the Motion. Accordingly, having read Plaintiff's response, (Doc. 10), the Motion, (Doc. 11), and being fully advised, the Court hereby will **QUASH** its Order to Show Cause, (Doc. 9), and **GRANT** Plaintiff's Motion, (Doc. 11).

    **IT IS THEREFORE ORDERED** that the Court's Order to Show Cause, (Doc. 9) is **QUASHED**.

    **IT IS FURTHER ORDERED** that Plaintiff shall file her Motion to Reverse or Remand to the Agency no later than **February 20, 2026**.

/

/

**IT IS FINALLY ORDERED** that Defendant may file a response, if any, on or before **March 23, 2026**. Plaintiff may file a reply, if any, on or before **April 6, 2026**.

.

                                                      _____
                                                      KEVIN R. SWEAZEA
                                                      UNITED STATES MAGISTRATE JUDGE