## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

BRENDA J. T.,

    Plaintiff,

v.                                                                                  No. 2:25-cv-00976-KRS

FRANK BISIGNANO,
Commissioner of Social Security Administration,

    Defendant.

## ORDER GRANTING SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER coming before the Court upon Defendant's Second Unopposed Motion for Extension of Time (the "Motion"), (Doc. 16), it being stated that Plaintiff concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Defendant file his Answer or otherwise respond to Plaintiff's Motion to Reverse and Grant Immediate Benefits or Remand to Agency with Supporting Memorandum, (Doc. 13), no later than **May 22, 2026**. **IT IS FURTHER ORDERED** that Plaintiff may file a reply, if any, fourteen (14) days after Defendant files his brief.

    **IT IS SO ORDERED** this 15th day of April, 2026.


_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE