**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

BRENDA J. T.,

    Plaintiff,

v.                                     No. 2:25-cv-00976-KRS

FRANK BISIGNANO,
Commissioner of Social Security Administration,

    Defendant.

**ORDER FOR EXTENSION**

**THIS MATTER** coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time to File Reply in Support of Motion to Reverse and Remand to the Agency (the "Motion"), (Doc. 20), it being stated that Defendant concurs in the granting of the Motion, and the Court having read the Motion and being fully advised hereby **GRANTS** the Motion.

**IT IS THEREFORE ORDERED** that Plaintiff shall file her reply brief no later than June 22, 2026.[1]

**IT IS SO ORDERED** this 9th day of June, 2026.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff seeks an extension to June 19, 2026, which is a federal holiday. The Court therefore extends the deadline to Monday, June 22, 2026. *See* Fed. R. Civ. P. 6(a)(1)(B)-(C).